Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PEMBRA R. BERGSTROM,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 1:06 CV-00038-REC-LJO<br><br>**STIPULATION AND ORDER RE: SCHEDULING CONFERENCE**<br><br>Date: April 25, 2006<br>Time: 8:45 a.m.<br>Ctrm: 8<br><br>Complaint Filed: November 29, 2005 |

WHEREAS, this Court has ordered a Scheduling Conference for this action to be held on April 25, 2006, at 8:45 a.m.;

WHEREAS, both trial counsel for defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, Linda M. Lawson and Russell G. Gomm of Meserve, Mumper & Hughes LLP, plan to attend a previously-scheduled national industry conference in Washington, D.C., from April 25 through April 28, 2006;

WHEREAS, lead trial counsel for defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, Linda M. Lawson, has

committed to be a speaker at the aforementioned national industry conference;

WHEREAS, for good cause, the parties wish to continue the date and time of the Scheduling Conference to May 9, 2006 at 8:45 a.m., the first available date when counsel for both parties do not have a previously scheduled conflict and can appear;

IT IS HEREBY STIPULATED by and between plaintiff PEMBRA R. BERSTROM and UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record that the Scheduling Conference currently set for April 25, 2006 be continued until May 9, 2006 at 8:45 a.m., the first available date when counsel for both parties do not have a previously scheduled conflict and can appear.

Dated: February 3, 2006
HUGHES LLP

MESERVE, MUMPER &

Linda M. Lawson
Russell G. Gomm


By: /s/ Russell G. Gomm
    Russell G. Gomm
    Attorneys for Defendant
    UNUM LIFE INSURANCE
    COMPANY OF AMERICA

Dated: January 20, 2006
Robert J. Noriega

NORIEGA & BRADSHAW, LLP


By: /s/ Robert J. Noriega
    Robert J. Noriega
    Attorneys for Plaintiff
    PEMBRA R. BERGSTROM

## **ORDER**

IT IS HEREBY ORDERED that, for good cause shown, the

Scheduling Conference currently set for April 25, 2006 be continued to May 9, 2006, at 8:45 a.m.

    IT IS SO ORDERED.

**Dated:     February 6, 2006            /s/ Lawrence J. O'Neill**
66h44d                                   UNITED STATES MAGISTRATE JUDGE