Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PEMBRA R. BERGSTROM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 1:06-CV-00038-AWI-LJO<br><br>**STIPULATION AND ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　　COMES NOW Plaintiff PEMBRA R. BERGSTROM by and through her counsel of record, Noriega & Bradshaw, LLP, and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA by and through its counsel of record, Meserve, Mumper & Hughes LLP, and hereby agree and stipulate to dismiss this action in its entirety, with prejudice as to all parties defendant, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and each party shall bear its own attorney fees and costs in this matter.

/ / /

/ / /

/ / /

　　　　The parties seek the Court's approval of dismissal of this action with prejudice.

1     IT IS SO STIPULATED.

3 Dated: July _____, 2006     MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Russell G. Gomm

By: _____
Russell G. Gomm
Attorneys for Defendant
UNUM LIFE INSURANCE
COMPANY OF AMERICA

10 Dated: July _____, 2006     NORIEGA & BRADSHAW LLP
Robert J. Noriega

By: _____
Robert J. Noreiga
Attorneys for Plaintiff
PEMBRA R. BERGSTROM

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan</u>


LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

54761061
77318.1

2

STIPULATION AND ORDER RE:
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE

Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).   Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

Each party shall bear its own attorney fees and costs in this matter.

**IT IS SO ORDERED.**

**Dated:   August 15, 2006**               /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE


LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

54761061
77318.1

3

STIPULATION AND ORDER RE:
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE